Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 22−14842−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 23, 2022.

Dated: September 23, 2022
JAN: zlh

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-14842-JKS |
|---|---|
| Juan Rosario Rodriguez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Rosario Rodriguez, 801 East 6th Street, 1st Floor, Plainfield, NJ 07062-1857 |
| 519637587 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519648329 | | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519637582 | + | Email/Text: bnc-applied@quantum3group.com | Sep 23 2022 20:24:00 | Applied Card Bank, Attn: Bankruptcy, 2200 Concord Pike, Ste 102, Wilmington, DE 19803-2909 |
| 519637583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 20:31:09 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519648851 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2022 20:31:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519637584 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 23 2022 20:24:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519676773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2022 20:24:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519637587 | ^ | MEBN | Sep 23 2022 20:24:10 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519644323 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 20:31:25 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519637588 | | Email/Text: camanagement@mtb.com | Sep 23 2022 20:24:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519676176 | | Email/Text: camanagement@mtb.com | Sep 23 2022 20:24:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519637589 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 23 2022 20:23:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519644573 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2022 20:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519637590 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 22-14842-JKS    Doc 30    Filed 09/25/22    Entered 09/26/22 00:14:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 23 2022 20:24:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519637591 | + | Email/Text: bankruptcy@ncaks.com | Sep 23 2022 20:23:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 519682195 | | Email/Text: bankruptcy@ncaks.com | Sep 23 2022 20:23:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 519637592 | + | Email/Text: bankruptcy@onlineis.com | Sep 23 2022 20:24:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519637593 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 20:31:22 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519663108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 20:31:24 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519688579 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 20:31:13 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519666445 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2022 20:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519637594 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 20:31:02 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519637596 | | Email/Text: bankruptcy@springoakscapital.com | Sep 23 2022 20:23:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519637595 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 23 2022 20:24:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519647933 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 23 2022 20:24:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519694174 | | Email/Text: bankruptcy@springoakscapital.com | Sep 23 2022 20:23:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 519637597 | + | Email/Text: bknotices@totalcardinc.com | Sep 23 2022 20:24:00 | Total Visa/The Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519637585 | | First Premier Bank |
| 519637586 | ##+ | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 23, 2022 | Form ID: plncf13 | Total Noticed: 29 |
| Date: Sep 25, 2022 | Signature:  /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Robert C. Nisenson
on behalf of Debtor Juan Rosario Rodriguez r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4