UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, Esq.
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)

In Re:
Juan Rosario-Rodriguez

Order Filed on November 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-14842
Chapter: 13
Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 8/4/22 :

Property: 801 E. 6th Street, 1st Floor, Plainfield, NJ 07060

Creditor: M&T Bank

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,[1]

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including February 5, 2023 .

[ ] The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

---

[1] Debtor's Application for Extension or Early Termination of Loss Mitigation Period states that: (i) the Debtor received a three month trial modification and needs additional time to complete the process; and (ii) the parties to the matter consent to the entry of an order granting the Application.

*rev.12/17/19*