ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

Re:  JUAN ROSARIO RODRIGUEZ  
     801 EAST 6TH STREET  
     1ST FLOOR  
     PLAINFIELD,  NJ  07062

Atty:  ROBERT C. NISENSON  
      ROBERT C. NISENSON, LLC  
      10 AUER COURT  
      SUITE E  
      EAST BRUNSWICK, NJ  08816

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-14842

### RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/09/2022 | $600.00 | ROBERT 34024 | 10/12/2022 | $680.00 | ROBERT 34020 |

**Total Receipts: $1,280.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,280.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 58.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 1,221.60 | 1,278.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | APPLIED CARD BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 962.15 | 100.00% | 0.00 | 962.15 |
| 0003 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 575.96 | 100.00% | 0.00 | 575.96 |
| 0005 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | MARINER FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,166.63 | 100.00% | 0.00 | 1,166.63 |
| 0010 | NATIONAL CREDIT ADJUSTERS LLC | UNSECURED | 399.80 | 100.00% | 0.00 | 399.80 |
| 0011 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,567.92 | 100.00% | 0.00 | 2,567.92 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,243.44 | 100.00% | 0.00 | 1,243.44 |
| 0014 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 559.98 | 100.00% | 0.00 | 559.98 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 381.07 | 100.00% | 0.00 | 381.07 |
| 0019 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 457.73 | 100.00% | 0.00 | 457.73 |
| 0020 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-14842**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0021 | APPLIED CARD BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | MIDDLESEX EMERGENCY PHYSICIAN PA | UNSECURED | 1,042.00 | 100.00% | 0.00 | 1,042.00 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 747.06 | 100.00% | 0.00 | 747.06 |
| 0024 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 692.17 | 100.00% | 0.00 | 692.17 |

**Total Paid: $1,280.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $1,280.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $1,280.00   =   Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.