Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 22–14842–JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx–xx–9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable John K. Sherwood on

Date:          April 13, 2023
Time:         10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to consider and act upon the following:

**45** – Motion to Approve Loan Modification with M&T Bank Filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez. Objection deadline is 03/20/2023. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) (Nisenson, Robert)

and transact such other business as may properly come before the meeting.

Dated: March 7, 2023
JAN: mff

                                                                              Jeanne Naughton
                                                                              Clerk