UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Juan Rosario Rodriguez,

Debtor.

Case No.:       22-14842-JKS

Chapter:              13

Hearing Date:    10/26/2023

Judge:              Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 801 E 6th Street, Plainfield, NJ (Docket #67)

_____

Date: 10/23/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*