**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    JUAN ROSARIO RODRIGUEZ

Order Filed on December 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  22-14842 JKS**

**Hearing Date:  12/14/2023**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 15, 2023**

_Honorable John K. Sherwood_
United States Bankruptcy Court

Debtor(s):  JUAN ROSARIO RODRIGUEZ

Case No.:  22-14842

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/14/2023 on notice to ROBERT C. NISENSON,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $320.00

  starting on 1/1/2024 for the remaining 42 month(s).