ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

Re:  JUAN ROSARIO RODRIGUEZ　　　　　　　　　　　Atty:  ROBERT C. NISENSON
801 EAST 6TH STREET　　　　　　　　　　　　　　　　　　　ROBERT C. NISENSON, LLC
1ST FLOOR　　　　　　　　　　　　　　　　　　　　　　　　　10 AUER COURT
PLAINFIELD,  NJ  07062　　　　　　　　　　　　　　　　　　　SUITE E
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EAST BRUNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 22-14842

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/09/2022 | $600.00 | ROBERT 34024 | 10/12/2022 | $680.00 | ROBERT 34020 |
| 02/09/2023 | $1,280.00 | ROBERT 34097 | 06/06/2023 | $1,280.00 | ROBERT 31169 |
| 10/03/2023 | $510.00 | ROBERT 31240 | 10/31/2023 | $770.00 | ROBERT 31252 |
| 12/27/2023 | $640.00 | ROBERT 31274 | | | |

**Total Receipts: $5,760.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,760.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 07/17/2023 | $100.53 | 913,183 | 11/13/2023 | $41.81 | 919,117 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 07/17/2023 | $60.18 | 8,003,583 | 07/17/2023 | $47.83 | 8,003,583 |
| | 11/13/2023 | $25.03 | 8,003,809 | 11/13/2023 | $19.89 | 8,003,809 |
| LVNV FUNDING LLC | | | | | | |
| | 07/17/2023 | $39.82 | 913,469 | 07/17/2023 | $78.06 | 913,469 |
| | 07/17/2023 | $129.92 | 913,469 | 11/13/2023 | $54.04 | 919,401 |
| | 11/13/2023 | $16.56 | 919,401 | 11/13/2023 | $32.47 | 919,401 |
| M&T BANK | | | | | | |
| | 12/11/2023 | $390.49 | 920,808 | | | |
| MIDDLESEX EMERGENCY PHYSICIAN PA | | | | | | |
| | 07/17/2023 | $108.87 | 912,735 | 11/13/2023 | $45.29 | 918,688 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 07/17/2023 | $121.89 | 912,872 | 11/13/2023 | $50.71 | 918,813 |
| NATIONAL CREDIT ADJUSTERS LLC | | | | | | |
| | 07/17/2023 | $41.77 | 912,964 | 11/13/2023 | $17.38 | 918,890 |

**Chapter 13 Case # 22-14842**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PINNACLE SERVICE SOLUTIONS LLC | | | | | | |
| | 07/17/2023 | $72.32 | 913,633 | 11/13/2023 | $30.08 | 919,553 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 07/17/2023 | $268.31 | 8,003,582 | 11/13/2023 | $111.61 | 8,003,806 |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 12/11/2023 | $317.91 | 921,016 | | | |
| SPRING OAKS CAPITAL SPV, LLC | | | | | | |
| | 07/17/2023 | $58.51 | 913,742 | 11/13/2023 | $24.34 | 919,658 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 365.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | APPLIED CARD BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 962.15 | 100.00% | 142.34 | 819.81 |
| 0003 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 575.96 | 100.00% | 85.21 | 490.75 |
| 0005 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | M&T BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | MARINER FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,166.63 | 100.00% | 172.60 | 994.03 |
| 0010 | NATIONAL CREDIT ADJUSTERS LLC | UNSECURED | 399.80 | 100.00% | 59.15 | 340.65 |
| 0011 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,567.92 | 100.00% | 379.92 | 2,188.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,243.44 | 100.00% | 183.96 | 1,059.48 |
| 0014 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 559.98 | 100.00% | 82.85 | 477.13 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 381.07 | 100.00% | 56.38 | 324.69 |
| 0019 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 457.73 | 100.00% | 67.72 | 390.01 |
| 0020 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | APPLIED CARD BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | MIDDLESEX EMERGENCY PHYSICIAN PA | UNSECURED | 1,042.00 | 100.00% | 154.16 | 887.84 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 747.06 | 100.00% | 110.53 | 636.53 |
| 0024 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 692.17 | 100.00% | 102.40 | 589.77 |
| 0025 | M&T BANK | (NEW) MTG Agree | 538.00 | 100.00% | 390.49 | 147.51 |
| 0026 | SANTANDER CONSUMER USA INC. | (NEW) Auto Agree | 438.00 | 100.00% | 317.91 | 120.09 |

**Total Paid: $5,171.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $5,760.00    -    Paid to Claims: $2,305.62    -    Admin Costs Paid: $2,865.58    =    Funds on Hand: $588.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.