Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−14842−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/8/24 at 10:00 AM

to consider and act upon the following:

*76* – Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: re: 801 East 6Th Street, Plainfield, NJ, 07062. Fee Amount $ 188. filed by Creditor M&T BANK, 70 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/16/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*78* – Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: re: 801 East 6Th Street, Plainfield, NJ, 07062. Fee Amount $ 188. filed by Creditor M&T BANK, 70 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/16/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez. (Nisenson, Robert)

Dated: 1/17/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court