UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Juan Rosario Rodriguez,

Debtor.

Case No.:        22-14842-JKS

Chapter:              13

Hearing Date:    02/08/2024

Judge:            Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 76)

_____

Date: 2/5/2024                                              /s/ Denise Carlon
                                                            Signature

*rev.8/1/15*