Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14842−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/14/24 at 10:00 AM

to consider and act upon the following:

*82* − Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 2017 Toyota Tundra. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Wellingto Pena−Polo) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/26/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Craig, William)

*85* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 2017 Toyota Tundra. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Wellingto Pena−Polo) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/26/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez. (Nisenson, Robert)

Dated: 2/26/24

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court