Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14842−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/14/24 at 10:00 AM

to consider and act upon the following:

*82* − Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 2017 Toyota Tundra. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Wellingto Pena−Polo) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/26/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Craig, William)

*85* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 2017 Toyota Tundra. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Wellingto Pena−Polo) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/26/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez. (Nisenson, Robert)

Dated: 2/26/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14842-JKS |
| Juan Rosario Rodriguez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                      Page 1 of 1
Date Rcvd: Feb 26, 2024                        Form ID: ntchrgbk                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

**Recip ID            Recipient Name and Address**
db                +  Juan Rosario Rodriguez, 801 East 6th Street, 1st Floor, Plainfield, NJ 07062-1857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

**Name**                                    **Email Address**
Denise E. Carlon
                                                    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                                    magecf@magtrustee.com

Robert C. Nisenson
                                                    on behalf of Debtor Juan Rosario Rodriguez r.nisenson@rcn-law.com
                                                    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
                                                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                                                    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 5