Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  22−14842−JKS
      Chapter:  13
      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/13/24 at 10:00 AM

to consider and act upon the following:

*89* – Creditor's Certification of Default (related document:83 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/20/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*91* – Certification in Opposition to (related document:89 Creditor's Certification of Default (related document:83 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/20/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez. (Nisenson, Robert)

Dated: 5/21/24

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court