UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

Order Filed on July 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-14842 JKS

In Re:

  Juan Rosario Rodriguez,

Debtor.

Hearing Date: 6/13/2024 @ 10:00 a.m.

Judge:  John K. Sherwood

## ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 1, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Juan Rosario Rodriguez
Case No:  15-31183-SLM
Caption of Order: ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON
CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 801 East 6th Street, Plainfield, NJ, 07062, and it appearing that notice of said default was properly served upon all parties concerned, and this Order having been submitted by the attorneys for Secured Creditor under the seven (7) day rule and mailed to the parties:

It is **ORDERED, ADJUDGED and DECREED** that as of June 13, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments and prior order payments for a total post-petition default of $21,598.09 (lump sum of $23,878.08, 2 cure payments of $2,383.15, 4 payments of $3,602.60,  less the $21,456.69 paid); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make an immediate payment of $9,700.00; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make two installment payments, $5,949.05 due 6/26/2024 and $5,949.04 due July 25, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2024, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that this matter is adjourned to June 27, 2024. If the Debtor makes the immediate payment of $9,700 and the first installment of $5,949.05 prior to June 27, 2024, the hearing will be adjourned to July 25, 2024. If the Debtor has not made the regular July payment and the second installment of $5,949.04, the Court will hear further argument on July 25, 2024.