UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

**Order Filed on July 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Juan Rosario Rodriguez,

Debtor.

Case No.: 22-14842 JKS

Hearing Date: 6/13/2024 @ 10:00 a.m.

Judge: John K. Sherwood

### ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 1, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Juan Rosario Rodriguez
Case No: 15-31183-SLM
Caption of Order: ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 801 East 6th Street, Plainfield, NJ, 07062, and it appearing that notice of said default was properly served upon all parties concerned, and this Order having been submitted by the attorneys for Secured Creditor under the seven (7) day rule and mailed to the parties:

It is **ORDERED, ADJUDGED and DECREED** that as of June 13, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments and prior order payments for a total post-petition default of $21,598.09 (lump sum of $23,878.08, 2 cure payments of $2,383.15, 4 payments of $3,602.60, less the $21,456.69 paid); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make an immediate payment of $9,700.00; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make two installment payments, $5,949.05 due 6/26/2024 and $5,949.04 due July 25, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2024, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that this matter is adjourned to June 27, 2024. If the Debtor makes the immediate payment of $9,700 and the first installment of $5,949.05 prior to June 27, 2024, the hearing will be adjourned to July 25, 2024. If the Debtor has not made the regular July payment and the second installment of $5,949.04, the Court will hear further argument on July 25, 2024.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14842-JKS
Juan Rosario Rodriguez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: Jul 02, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Rosario Rodriguez, 801 East 6th Street, 1st Floor, Plainfield, NJ 07062-1857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Robert C. Nisenson
     on behalf of Debtor Juan Rosario Rodriguez r.nisenson@rcn-law.com
     doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
     on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
     mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 5