UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

**Order Filed on August 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Juan Rosario Rodriguez,

Debtor.

Case No.: 22-14842 JKS

Hearing Date: 8/08/2024 @ 10:00 a.m.

Judge: John K. Sherwood

## ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 19, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Juan Rosario Rodriguez
Case No:  22-14842-JKS
Caption of Order: ORDER REQUIRING PAYMENTS AND ADJOURNING HEARING ON CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 801 East 6th Street, Plainfield, NJ, 07062, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 6, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments and prior order payments for a total post-petition default of **$13,403.29** (lump sums of $9,700, $5,949.05, & $5,949.04, July & August payments of $3,602.60 each, less $15,400.00 paid); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make immediate payments of $7,204.00 and $6,000.00 totaling **$13,204.00**; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall pay the balance of $199.29 no later than August 31, 2024;

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2024, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within ten (10) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that this matter is adjourned to October 10, 2024.  The Debtor must make timely payments in accordance with the terms of this Order.