**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Case No.:  22-14842**

IN RE:

JUAN ROSARIO RODRIGUEZ

**Adv. No.:**

**Hearing Date:**

**Judge:  JKS**

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/27/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JUAN ROSARIO RODRIGUEZ
801 EAST 6TH STREET
1ST FLOOR
PLAINFIELD, NJ  07062
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  August 27, 2024

By:   /S/  Keith Guarneri
Keith Guarneri