UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-1557-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Santander Consumer USA Inc.

In Re:

JUAN ROSARIO RODRIGUEZ

Order Filed on September 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-14842

Adv. No.

Hearing Date: 9-12-24

Judge: (JKS)

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 26, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Juan Rosario Rodriguez
Case No: 22-14842
Caption of Order: Order Resolving Creditor's Certification Of Defualt

    This matter having brought before this Court on a Certification Of Default filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Robert C. Nisenson, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

    **ORDERED:**

1. **That Santander is the holder of a first purchase money security interest encumbering a 2017 Toyota Tundra bearing vehicle identification number 5TFUY5F17HX599294.**
2. **That the Debtor is to pay a counsel fee of $100.00 to Santander through his Chapter 13 Plan, as an administrative expense.**