**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  22-14942 JKS |
| | : | Chapter 13 |
| JUAN ROSARIO-RODRIGUEZ | : | |
| | : | |
| Debtor. | : | |
| | : | |

## WITHDRAWAL OF DOCUMENT

    The Debtor hereby withdraws the Certification in Opposition to Certification of Creditors Default on Docket # 104.


/s/ Robert C. Nisenson
ROBERT C. NISENSON


Dated:  October 9, 2024