| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    JUAN ROSARIO RODRIGUEZ |

Order Filed on October 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-14842 JKS

Hearing Date:  10/10/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 11, 2024

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JUAN ROSARIO RODRIGUEZ

Case No.: 22-14842

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/10/2024 on notice to ROBERT C. NISENSON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $320.92 to the Trustee's office by 10/31/2024 to be current with Trustee payments through October or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.