Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14842−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Rosario Rodriguez
   801 East 6th Street
   1st Floor
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−9795

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/24 at 10:00 AM

to consider and act upon the following:

*128* − Notice of Hearing for:Certification in Opposition to Certification of Default of Standing Trustee. (related document:123 Certification of Default of Standing Trustee re: Debtors failure to make plan payments Report Filed by Marie−Ann Greenberg. 126 Certification in Opposition filed by Robert C. Nisenson on behalf of Juan Rosario Rodriguez). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 12/10/2024 at 10:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Dated: 11/20/24

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court