| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | **Order Filed on November 27, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Juan Rosario Rodriguez,<br>Debtor | Case No.: 22-14842 JKS<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: John K. Sherwood |

## ORDER REINSTATING STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is, hereby **ORDERED.**

DATED: November 27, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Juan Rosario Rodriguez
Case No: 22-14842 JKS
Caption of Order: ORDER REINSTATING STAY
_____

This matter having been brought before the Court by Attorney for Debtor, Robert C. Nisenson, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 801 East 6Th Street, Plainfield, NJ, 07062, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 801 East 6Th Street, Plainfield, NJ, 07062, is hereby REINSTATED; and

It is **ORDERED, ADJUDGED and DECREED** that as of November 8, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments due September 2024 through November 2024 for a total post-petition default of $10,775.43 (3 @ $3,602.60; less suspense $32.37); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $7,100.00; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall cure remaining arrears of $3,675.43 no later than November 30, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume in accordance with the Note as of December 1, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that in the event a final modification is not reached, Debtors shall be responsible for all pre- and post-petition arrears and Secured Creditor does not waive its rights to same; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees for the certification of default, and $500.00 for the defense and resolution of this motion, totaling $700.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.