**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JUAN ROSARIO RODRIGUEZ

Order Filed on December 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  22-14842 JKS**

**Hearing Date:  12/12/2024**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 12, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  JUAN ROSARIO RODRIGUEZ

Case No.:  22-14842

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/12/2024 on notice to ROBERT C. NISENSON,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $960.92 to the Trustee's office by 12/31/2024 to be current with

  Trustee payments through December or the case will be dismissed with no further Notice to Debtor or

  Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-14842-JKS

Juan Rosario Rodriguez                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                              Page 1 of 2

Date Rcvd: Dec 12, 2024                          Form ID: pdf903                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

**Recip ID                    Recipient Name and Address**
db                         + Juan Rosario Rodriguez, 801 East 6th Street, 1st Floor, Plainfield, NJ 07062-1857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

Denise E. Carlon
                         on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                         magecf@magtrustee.com

Robert C. Nisenson
                         on behalf of Debtor Juan Rosario Rodriguez r.nisenson@rcn-law.com
                         doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                         on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                         mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0312-2                                   User: admin                                         Page 2 of 2
Date Rcvd: Dec 12, 2024                         Form ID: pdf903                                  Total Noticed: 1
TOTAL: 5