**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 22-14842-JKS |
| | : | |
| Juan Rosario-Rodriguez | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## WITHDRAWAL OF DOCUMENT

The Debtor hereby withdrawals Docket # 146, Certification in Opposition to Creditor's Certification of Default.

/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq.

Dated: March 25, 2025